**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SYSTEM SOFT TECHNOLOGIES, LLC,**<br>**2600 McCormick Drive, Suite 230,**<br>**Clearwater, FL 33759** | **COMPLAINT FOR WRIT OF**<br>**MANDAMUS AND FOR EQUITABLE**<br>**RELIEF** |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** |
| **MICHAEL CHERTOFF, Secretary,**<br>**U.S. Department of Homeland**<br>**Security, in his official capacity as**<br>**well as his successors and assigns,**<br>**245 Murray Lane, Building 410,**<br>**Washington, D.C. 20528,** | **AGENCY CASE NO. SRC0503550805**<br><br>**REQUEST FOR ORAL ARGUMENT** |
| **and** | |
| **MICHAEL B. MUKASEY, Attorney**<br>**General of the United States, in his**<br>**official capacity as well as his**<br>**successors and assigns,**<br>**U.S. Department of Justice,**<br>**950 Pennsylvania Avenue, N.W.,**<br>**Washington, D.C. 20530-0001,** | |
| **and** | |
| **JONATHAN SCHARFEN, Acting**<br>**Director, U.S. Department of**<br>**Homeland Security, U.S. Citizenship**<br>**and Immigration Services, in his**<br>**official capacity, as well as his**<br>**successors and assigns,**<br>**20 Massachusetts Avenue, N.W.,**<br>**Suite 5110,**<br>**Washington, DC 20529,** | |
| **and** | |
| **DAVID L. ROARK, Director,**<br>**Texas Service Center,**<br>**U.S. Department of Homeland**<br>**Security, U.S. Citizenship and**<br>**Immigration Services, in his official**<br>**capacity as well as his successors**<br>**and assigns,** | |

**4141 St. Augustine Road**
**Dallas, TX 75227,**

     **Defendants.**

## COMPLAINT FOR WRIT OF MANDAMUS
## AND EQUITABLE RELIEF

**To the Honorable Judges of Said Court:**

   COMES NOW, Plaintiff, System Soft Technologies, LLC, through the undersigned counsel, and alleges as follows:

### I. INTRODUCTION

     1.    This is a civil action seeking mandamus and equitable relief based upon the failure of the United States Department of Homeland Security ("DHS") and U.S. Citizenship and Immigration Services ("USCIS") to complete required background security checks, which has unreasonably delayed any adjudication of the Form I-140 Immigrant Petition filed by Plaintiff on behalf of Mr. Srinivasa Rao Chava, an employee of the Plaintiff, pursuant to §203(b)(3) of the Immigration and Nationality Act, 8 U.S.C. §1153 ("INA"), on **November 19, 2004**.

     2.    Plaintiff seeks to compel Defendants DHS Secretary Chertoff, Attorney General Mukasey, and USCIS Acting Director Jonathan Scharfen, and those acting under their direction, to complete Mr. Chava and his dependants' background security clearances, which are required before the USCIS can adjudicate the Plaintiff's I-140 petition on behalf of Mr. Chava, pursuant to §203(b)(3) of the INA, the Mandamus and Venue Act (28 U.S.C. §1361) ("Mandamus Act"), 8 U.S.C. §1101 (INA), 8 U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"), and the Administrative Procedures Act (5 U.S.C. §551 and §701, et seq.) ("APA").

2

3. Attorneys fees and costs are entitled to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 5 U.S.C. § 504 and 28 U.S.C. § 2412(d), *et seq.*[1]

**II. PARTIES**

4. Plaintiff, System Soft Technologies, LLC, is a software company located in the United States. This company headquarters is located at 2600 McCormick Drive, Suite 230, Clearwater, FL 33759.

5. Michael Chertoff is the Secretary of the DHS, and this action is brought against him in his official capacity only, as well as his successors and assigns. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the USCIS, which is an agency within the DHS.

6. Michael B. Mukasey is the Attorney General of the United States and this action is brought against him in his official capacity only, as well as his successors and assigns. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the FBI, which is an agency within the U.S. Department of Justice.

7. Jonathan Scharfen is the Acting Director of the USCIS, who is named herein only his official capacity, as well as his successors and assigns. He is generally charged with the implementation of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate

---

[1] *See*, Elkhatib v. Bulger, 2006 U.S. Dist. LEXIS 60485 (S.D. Fla. 2006) (fees granted after a plaintiff succeeded in his mandamus action seeking to compel the USCIS to adjudicate his adjustment application) and Aboushaban v. Mueller, 2007 U.S. Dist. LEXIS 15402 (N.D. Cal. 2006) (fees granted after the Court granted a plaintiff's writ of mandamus and ordered the USCIS to adjudicate his adjustment application).

employees of the USCIS. USCIS is specifically assigned the adjudication of immigrant worker petitions. USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, DC 20529.

8. Defendants Chertoff, Mukasey, and Scharfen are federal officers and agency heads who perform a significant amount of their official duties in the District of Columbia.

9. David L. Roark is the District Director of the Texas Service Center ("TSC") of the USCIS and is named herein only in his official capacity, as well as his successors and assigns. The I-140 petition in question was properly filed on Plaintiff's behalf with the TSC, and that office has retained this application for over three and one-half (3.5) years without adjudication (in spite of a subsequent request for Premium Processing and the required payment of one thousand dollars ($1,000) on November 1, 2006). USCIS, through its headquarters in Washington, D.C., any of its four (4) service centers, National Benefits Center, numerous Field Offices, numerous Sub-Offices and Application Support Centers, has a mandatory duty to act on this delayed I-140 petition within a reasonable period of time.

## III. JURISDICTION

10. This Honorable Court has subject matter jurisdiction over this Complaint under the Constitution and laws of the United States, including the Fifth Amendment to the U.S. Constitution,[2] provisions of Title 8 U.S.C. §1101, *et seq.* (INA), 8 U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"), 28 U.S.C. §1331 (federal question jurisdiction), 28 U.S.C. §1361

---

[2] The U.S. Supreme Court reminds us that, "the Due Process Clause applies to all 'persons' within the United States, including aliens, whether their presence is lawful, unlawful, temporary, or permanent." *See*, Zadvydas v. Davis, 533 U.S. 678, 679 (2001)

4

(Mandamus Act), 28 U.S.C. §1651 (All Writs Act) as well as under 5 U.S.C. §555 and 701, *et seq.* (APA). Relief is requested pursuant to the U.S. Constitution and these statutes.

11. When Congress enacted The Immigration Services and Infrastructure Improvements Act of 2000, it set the period of one-hundred-and-eighty days (180) as the normative expectation for the government to complete the processing of an immigrant benefit application. This 180 day period, which begins upon the initial filing of the petition, is considered a **reasonable processing time**. *See*, 8 U.S.C. §1571 and Konchitsky v. Chertoff, 2007 U.S. Dist. LEXIS 53998 at 11-15 (N.D. Cal. July 13, 2007)

12. **Plaintiff's I-140 petition filed on behalf of Mr. Chava has therefore been pending approximately three (3) years longer than is considered reasonable** under 8 U.S.C. §1571.

13. This action is filed in response to unreasonable agency delay and failure to complete Mr. Chava and his dependants' internal background security checks, which has unreasonably prevented the adjudication of Plaintiff's I-140 petition filed on behalf of Mr. Chava, in violation of the APA. Plaintiff merely seeks to compel DHS and USCIS action on an unreasonably delayed internal background check.

14. There are no administrative remedies available to Plaintiff to redress his grievances described herein. As described more fully below, Plaintiff and/or Mr. Chava have contacted the USCIS' Texas Service Center, TSC Premium Processing Unit, CIS Ombudsman, and U.S. President George W. Bush.

15.     Plaintiff's instant action challenges only the reasonableness of Defendants' delay or inaction in the completion of Mr. Chava and his dependants' internal background security screenings, not the grant or denial of the I-140 petition; therefore, the jurisdictional limitations of 8 U.S.C. §1252 do not apply.

16.     This Court, in an opinion by U.S. District Judge Emmet G. Sullivan, has specifically held that it has subject matter jurisdiction to hear a similar cause of action under the APA filed by a plaintiff whose I-485 adjustment application had been pending since July 23, 2003.  *See*, Liu v. Novak, 509 F.Supp. 2d 1, 13 (D.D.C. Aug. 30, 2007)

17.     As noted in Judge Sullivan's opinion, there is significant district court authority holding that subject matter jurisdiction is appropriate for judicial review of an **agency's failure to take action** or to review the pace of immigrant application processing. Id., at 11-12. *See also*, Tang v. Chertoff, 2007 U.S. Dist. LEXIS 64022 at *14-19 (E.D. Ky. Aug, 29, 2007) (**granting a preliminary injunction and writ of mandamus** after finding that USCIS had a non-discretionary duty to process plaintiff's I-485 applications); Xu v. Chertoff, 2007 U.S. Dist. LEXIS 55215 at *2 (E.D. Mich. July 31, 2007) (duty to process I-485 applications within a reasonable time is a **non-discretionary duty** imposed by the APA and reviewable through the mandamus statute); Yan Yang v. Gonzales, 2007 U.S. Dist. LEXIS 42143 at *6 (S.D. Oh. June 11, 2007) (a complaint invoking the court's **mandamus jurisdiction** to compel resolution of I-485 application was appropriate); Song v. Klapakas, 2007 U.S. Dist. LEXIS 27203 at *10 (E.D. Pa. April 12, 2007) (**mandamus jurisdiction** is appropriate because defendants owe plaintiffs a **non-discretionary duty** to act on their adjustment of status applications in a reasonable time); Saleem v. Keisler, 2007

6

U.S. Dist. LEXIS 80044 at *37 (W.D. Wisc. Oct. 26, 2007) (USCIS ordered to adjudicate adjustment application within 60 days); Jin v. Heinauer, 2007 U.S. Dist. LEXIS 89214 at *12-13 (S.D. Ohio Dec. 4, 2007) (USCIS ordered to adjudicate adjustment application within 90 days); Gershenzon v. Gonzales, 2007 U.S. Dist. LEXIS 68600 (W.D. Pa. Sept. 17, 2007) (motion to dismiss denied where USCIS had not adjudicated an adjustment application for more than three years due to an incomplete FBI NNCP screening); Liu v. Chertoff, 2007 U.S. Dist. LEXIS 50173 (E.D. Cal. July 11, 2007) (two-and-a-half year delay); Okunev v. Chertoff, 2007 U.S. Dist. LEXIS 53161 (N.D. Cal. July 11, 2007) (more than a three year delay); Quan v. Chertoff, 2007 U.S. Dist. LEXIS 44081 (N.D. Cal. June 7, 2007) (unreasonable delay); Singh v. Still, 470 F.Supp. 2d 1064, 1072 (N.D. Cal. 2007) (nearly a four year delay); Aboushaban v. Mueller, 2006 U.S. Dist. LEXIS 81076 (N.D. Cal. 2006) (an approximate eight year delay); Salehian v. Novak, 2006 U.S. Dist. LEXIS 77028 (D. Conn. 2006) (two year delay); Duan v. Zamberry, 2007 U.S. Dist. LEXIS 12697 (W.D. Pa. Feb. 23, 2007) (more than a one year delay); and Jones v. Gonzales, 2007 U.S. Dist. LEXIS 45012 (S.D. Fla. June 21, 2007) (delays of two and three years).

**IV. VENUE**

18.     Venue is properly with this Court, pursuant to 28 U.S.C. § 1391(e)(1) because:

a.     Defendant Secretary Michael Chertoff is an officer of the Department of Justice and is responsible for the operation of the USCIS, which is headquartered in the District of Columbia.[3]     Defendant Chertoff performs a

---

[3] It is well-established precedent in this Court that, "When an officer or agency head performs a 'significant amount' of his or her official duties in the District of Columbia,

significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

b.    Defendant Attorney General Michael B. Mukasey is an officer of the Department of Justice and is responsible for the operation of the FBI, which is headquartered in the District of Columbia.    Defendant Mukasey performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

c.    Defendant Jonathan Scharfen is an officer of the Department of Homeland Security and is the Acting Director of the USCIS, which is headquartered in the District of Columbia.    Defendant Scharfen performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

d.    Defendant Roark is an officer of the Department of Homeland Security who retains jurisdiction over the I-140 petition in question, subject to the discretion of Defendant Scharfen, who resides in the District of Columbia;

e.    A substantial part of the events or omissions giving rise to Plaintiff's Complaint occurred within the offices of the DHS and USCIS, which are all headquartered in the District of Columbia; and

f.    Judicial economy and the interests of justice warrant that Plaintiff's action be brought and decided in the District of Columbia, because the above-listed Defendant U.S. officials perform a significant amount of their official duties, and their agencies are all located, within the jurisdiction of this Honorable

the District of Columbia is a proper place for venue." Jyachosky v. Winter, 2006 U.S. Dist. LEXIS 44399 at 12, hn. 6 (D.D.C. June 29, 2006), citing to Bartman v. Cheney, 827 F.Supp. 1, 1 (D.D.C. 1993) (holding that the Secretary of Defense resides in Washington, D.C. for purposes of 28 U.S.C. § 1391(e))

Court, or are subject to the discretion of their Department Secretary or Agency Director who is similarly located within the District of Columbia.

19.    Due to the decentralized nature of USCIS case processing, which allows for the transfer of immigrant benefit applications to any USCIS facility located anywhere in the United States of America, at any time, venue is only appropriate in the District Court for the District of Columbia.

## V. STATEMENT OF FACTS

### A. Eligibility for Immigrant Alien Worker benefits

20.    On November 19, 2004, Plaintiff filed an I-140 Immigrant Petition for an Alien Worker on behalf of Mr. Srinivasa Rao Chava with the TSC, pursuant to §203(b)(3) of the INA, 8 U.S.C. §1153. *See*, USCIS Form I-797C, dated November 22, 2004, a copy of which is attached and incorporated hereto as "Exhibit A."

21.    Plaintiff properly filed the I-140 Petition on behalf of Mr. Chava with the TSC. It is the duty of the USCIS to timely adjudicate this petition.

22.    On November 19, 2004, Mr. Srinivasa Rao Chava filed an I-485 Application for Adjustment of Status, based on the I-140 filed on his behalf by Plaintiff, with the TSC, pursuant to §245 of the INA, 8 U.S.C. §1255. *See*, USCIS Form I-797C, Receipt Number SRC-05-035-51397, dated November 22, 2004, a copy of which is attached and incorporated hereto as "Exhibit B."

23.    On November 19, 2004, Mr. Chava's dependants also filed I-485 Applications for Adjustment of Status with TSC, as derivative adjustments, based on the filing of Mr. Chava's Adjustment of Status as a direct beneficiary of an immigrant petition. *See*, USCIS Form I-797C, Receipt Number SRC-05-035-51431, for Samata Chava, spouse of Mr. Chava, and USCIS Form I-797C, Receipt Number SRC-05-

9

035-51489, for Sreemangala Chava, daughter of Mr. Chava, both dated November 22, 2004, copies of which are attached and incorporated hereto as "Exhibit C" and "Exhibit D," respectively.

24. On November 1, 2006, the Plaintiff filed a USCIS Form I-907 and paid one-thousand dollars ($1,000) in processing fees to have this I-140 petition adjudicated in fifteen (15) calendar days. *See*, USCIS Form I-797C, dated November 2, 2006, a copy of which is attached and incorporated hereto as "Exhibit E."

25. Plaintiff, as well as Mr. Chava and his dependants, have complied with all requests made by the USCIS to complete all necessary steps for the adjudication of the I-140 petition filed on behalf of Mr. Chava. They have provided all of the information requested by the USCIS and have complied with all notices, including Biometrics appointments on April 23, 2005, September 14, 2005, and March 27, 2007, copies of which are attached and incorporated hereto as "Exhibit F" through "Exhibit H."

## B. USCIS Security Checks

26. Once an I-140 Immigrant Petition for an Alien Worker is filed, the DHS and USCIS must conduct mandatory criminal and security background checks before an adjudication of the petition is possible.

## C. Exhaustion of Administrative Remedies

27. Plaintiff and/or Mr. Chava have made repeated inquiries regarding the status of the I-140 petition filed on behalf of Mr. Chava. Plaintiff and Mr. Chava were advised in writing on several occasions that that the adjudication of the I-140 petition was delayed because of the absence of the required internal security checks, and it

10

has remained delayed for lack of the security check clearances. *See*, USCIS TSC Letters, dated April 11, 2005, and August 31, 2007, copies of which are attached and incorporated hereto as "Exhibit I" and Exhibit J."

28. Plaintiff, through Mr. Chava, made repeated inquiries regarding the status of the I-140 petition filed on his behalf to the USCIS TSC Premium Processing Unit. Plaintiff and Mr. Chava were advised that the "petition is on hold pending security checks." *See*, Communications to and from the USCIS TSC Premium Processing Unit, dated May 17, 2007, and September 17, 2007, copies of which are attached and incorporated hereto as "Exhibit K" and "Exhibit L."

29. Plaintiff and/or Mr. Chava contacted the USCIS National Customer Service line numerous times between November 2004 and the present, but were informed that the I-140 petition filed on behalf of Mr. Chava was delayed due to USCIS security checks. *See*, Affidavit of Mr. Chava, attached and incorporated hereto as "Exhibit M."

30. Plaintiff, through Mr. Chava, contacted the CIS Ombudsman regarding the delayed background checks of his I-140 and I-485 and was informed that the Ombudsman's office had "initiated a formal inquiry with the USCIS." *See*, Case Problem Submission Worksheet (CIS Ombudsman Form DHS-7001), dated November 14, 2007, and Letter from the CIS Ombudsman, dated December 3, 2007, copies of which are attached and incorporated hereto as "Exhibit N" and "Exhibit O," respectively.

31. In response to the CIS Ombudsman's formal inquiry, which was initiated by Mr. Chava's submission of Form DHS-7001 requesting assistance with processing of the background check on his I-140 and I-485 (Exhibit N), Plaintiff,

11

through Mr. Chava, was informed that USCIS was still performing the required review. *See,* Letter from Jeffrey Murray, Acting Supervisor, USCIS Customer Assistance Office, dated January 14, 2008, a copy of which is attached and incorporated hereto as "Exhibit P."

32. Plaintiff, through Mr. Chava, also contacted U.S. President George W. Bush regarding the delay in the adjudication of the I-140 petition filed on his behalf. This inquiry was forwarded by the White House to the U.S. Department of Justice. *See,* Letter from Mr. Chava, dated December 5, 2007, and Letter from Darren K. Hipp, Special Assistant to the President and Director of Presidential Correspondence, dated January 28, 2008, copies of which are attached and incorporated hereto as "Exhibit Q" and "Exhibit R," respectively.

**D. Plaintiff's Mandamus Action**

33. In order to obtain relief under the Mandamus Act, Plaintiff must establish that (1) this claim is "clear and certain;" (2) the duty owed is "ministerial and so plainly prescribed as to be free from doubt;" and (3) that no other adequate remedy is available. *See*, Patel v. Reno, 134 F.3d 929, 931 (9th Cir. 1997)

34. Plaintiff has demonstrated that the claim for relief from the USCIS' inaction is clear and certain in that there is no legal authority for the USCIS to justify its inaction or to refuse to complete the internal background security checks.

35. The USCIS' duty to complete Mr. Chava and his dependants' internal security checks is purely ministerial in nature and so plainly prescribed that the Agency's duty is free from doubt.

36. Plaintiff's exhaustion of remedies, as described above, shows that there is no other adequate remedy available to him.

**VI.  INJURIES TO PLAINTIFF**

37.     Plaintiff is adversely affected by the Defendant DHS and USCIS' inaction described above in that Plaintiff's employee, Mr. Chava, and his dependants' abilities to travel abroad and work are restricted during the pendancy of this I-140 Application period.  Until the DHS and USCIS background security checks are completed, Plaintiff's employee, Mr. Chava, must annually apply and pay for special travel permission and work authorizations.

38.     Plaintiff's employee, Mr. Chava, has lost a significant amount of work time while pursuing the adjudication of this I-140 petition, including but not limited to, making inquiries to the USCIS, meeting with attorneys, and applying for annual work authorization renewals.

39.     Due to Defendant DHS and USCIS' inaction described above, Plaintiff's employee's future naturalization (to become a U.S. Citizen) has been delayed.

**VII.  GROUNDS FOR RELIEF**

40.     Defendant DHS and USCIS' inaction and refusal to complete Plaintiff's employee's security checks are both arbitrary and capricious, as the DHS and USCIS have a **mandatory, non-discretionary** duty, as required by law, to complete this process.  5 U.S.C. §701, 702 and 706, et seq. and 5 U.S.C. §555.

41.     Defendant DHS and USCIS' inaction is a violation of the APA in that they have unlawfully withheld or unreasonably delayed action on Plaintiff employee's internal background security check.

42.     The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(l).

43.     Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action. 28 U.S.C. §1361.

44.     If Plaintiff prevails under any of the claims stated herein, Plaintiff is entitled to recover the attorneys' fees and costs under the EAJA, as amended, 5 U.S.C. §504 and 28 U.S.C. §2412.

**VIII.  CLAIMS FOR RELIEF**

45.     Defendant DHS and USCIS have unreasonably delayed and failed to perform a mandatory action in completing Plaintiff's employee's internal background security checks, thereby preventing the adjudication of Plaintiff's I-140 petition for the benefit of Mr. Chava, which was filed over three and one-half (3.5) years ago and depriving Plaintiff's employee, Mr. Chava, and his dependants' of lawful permanent resident status, as well as benefits conferred there from, including the accrual of time to apply for U.S. citizenship.

46.     Defendant DHS and USCIS owe Plaintiff the duty to act and complete these internal background security checks and have unreasonably failed to perform these duties.

47.     Plaintiff has exhausted any administrative remedies that may exist. No other remedy exists for Plaintiff to resolve Defendant DHS and USCIS' inaction.

WHEREFORE, Plaintiff prays that this Honorable Court:

(1)   Compel the Defendant DHS Secretary Chertoff, Defendant Attorney General Mukasey, and Defendant USCIS Acting Director Jonathan Scharfen, and those acting under them, to perform their duty to complete Plaintiff's employee, Mr. Chava's internal background checks;

(2)   Grant such other and further equitable relief as this Court deems proper under the circumstances; and

(3)   Grant attorney's fees, expenses and costs of court, pursuant to the EAJA.

Aron A. Finkelstein, Esquire
DC Bar No. MD25560
Murthy Law Firm
10451 Mill Run Circle
Suite 100
Owings Mills, MD 21117
(410) 356-5440

Attorney for Plaintiff

## Table Of Exhibits

USCIS Receipt Notice for I-140 Petition filed by System Soft Technologies, LLC, for the benefit of Srinivasa R. Chava – 11/19/2004……………………....  Exhibit A

USCIS Receipt Notice for I-485 Application by Srinivasa R. Chava – 11/19/2004………………………………………………………………………………….  Exhibit B

USCIS Receipt Notice for I-485 Application by Samata Chava – 11/19/2004….  Exhibit C

USCIS Receipt Notice for I-485 Application by Sreemangala Chava – 11/19/2004……………………………………………………………………………..  Exhibit D

USCIS Premium Processing Receipt for I-140 filed by System Soft Technologies, LLC – 11/01/2006……………..………………………….………….  Exhibit E

Biometrics Notice – 04/23/2005……………………………….………………….…..  Exhibit F

Biometrics Notice – 09/14/05……………………………………….………………...  Exhibit G

Biometrics Notice – 03/27/07……………………………………………….………..  Exhibit H

USCIS Status Letter for Srinivasa R. Chava – 04/11/2005……………….….......  Exhibit I

USCIS Status Letter for Srinivasa R. Chava – 08/31/2007……………….….......  Exhibit J

Communication to and Response from TSC Premium Processing Unit – 05/17/2007……………….……………………………………………………………...…..  Exhibit K

Communication to and Response from TSC Premium Processing Unit – 09/17/2007……………………………………………………………………………..  Exhibit L

Affidavit of Srinivasa R. Chava – 05/07/2008......................................................  Exhibit M

CIS Ombudsman Form DHS-701 – 11/14/2007…………………..………………....  Exhibit N

Letter from Prakash Khatri, USCIS Ombudsman – 12/03/2007………………..  Exhibit O

Letter from Jeffrey Murray, Acting Supervisor, Customer Assistance Office, USCIS – 01/14/2008……………………………………………………………………….  Exhibit P

Letter to U.S. President George W. Bush…………………………………………….  Exhibit Q

Letter from Darren K. Hipp, Special Assistant to the President and Director of Presidential Correspondence on behalf of President George W. Bush – 01/28/2008……………………………………………………………………….………….  Exhibit R

End of Exhibits

# EXHIBIT A

Nov-29-2004  15:49    From-
U.S. Citizenship and Immigration Services                                    T-198   P 003/006   F-288

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE  I140 |
|---|---|---|
| SRC-05-035-50805 | | IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIVED DATE | PRIORITY DATE | PETITIONER |
| November 19, 2004 | | SYSTEM SOFT TECHNOLOGIES LLC |
| NOTICE DATE | PAGE | BENEFICIARY  A98 679 068 |
| November 22, 2004 | 1 of 1 | CHAVA, SRINIVASA R. |

| | |
|---|---|
| CHERYL KRACOFF<br>1 W MAIN STE 230<br>NORRISTOWN PA 19401 | Notice Type:  Receipt Notice<br><br>Amount received: $  190.00<br>Section: Skilled Worker or<br>        Professional,<br>        Sec.203(b)(3)(A)(i) or (ii) |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time   Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change.  If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident.  This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

# EXHIBIT B

Nov-29-2004  15:50    From-                                                    T-198   P 005/006   F-288

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER SRC-09-035-51397 | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE November 19, 2004 | PRIORITY DATE | APPLICANT    A98 679 068 CHAVA, SRINIVASA R. |
| NOTICE DATE November 22, 2004 | PAGE 1 of 1 | |

| CHERYL KRACOFF 1 W MAIN STE 230 NORRISTOWN PA 19401 | Notice Type:  Receipt Notice Amount received: $  385.00 Section: Other basis for adjustment |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

P. 1           TO:17277838601           55962779655        LAW OFFICES    FROM:LAW OFFICES  14:45  NOV-29-2004

# EXHIBIT C

Nov-29-2004 15:48  From-                                    T-198  P.001/006  F-288

U.S. Citizenship and Immigration Services

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| SRC-05-035-51431 | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT  A98 679 069 |
| November 19, 2004 | | CHAVA, SAMATA |
| NOTICE DATE | PAGE | |
| November 22, 2004 | 1 of 1 | |

CHERYL KRACOFF
1 W MAIN STE 230
NORRISTOWN PA 19401

Notice Type:  Receipt Notice

Amount received: $  385.00

Section: Other basis for adjustment

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident.  This process will allow USCIS to concentrate resources first on cases where visas are actually available.  This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates.  For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

# EXHIBIT D

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT |
| --- | --- | --- | --- |
| SRC-05-035-51489 | | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | | APPLICANT A98 679 070 |
| November 19, 2004 | | | CHAVA, SREEMANGALA |
| NOTICE DATE | PAGE | | |
| November 22, 2004 | 1 of 1 | | |

CHERYL KRACOFF
1 W MAIN STE 230
NORRISTOWN PA 19401

Notice Type: Receipt Notice

Amount received: $ 215.00

Section: Other basis for adjustment

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

# EXHIBIT E

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| SRC-05-035-50805 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| November 1, 2006 | | SYSTEM SOFT TECHNOLOGIES LLC |

| NOTICE DATE | PAGE | BENEFICIARY A098 679 068 |
|---|---|---|
| November 2, 2006 | 1 of 2 | CHAVA, SRINIVASA R. |

CHERYL KRACOFF ESQ
1 W MAIN ST STE 230
NORRISTOWN PA 19401

Notice Type:  Premium Processing
Receipt Notice
Amount received: $ 1190.00
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

Courtesy Copy: Original sent to: KRACOFF ESQ, CHERYL

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

Thank you for choosing to use the U.S. Citizenship and Immigration Service's Premium Processing Program. The above petition or application has been received and accepted as a Premium Processing case. You should receive a notice regarding your case within 15 days from the date shown as the received date above. If the Service needs to contact you regarding your case they may do so by mail, telephone, facsimile or e-mail using the information you provided.

Please notify us immediately if any of the above information is incorrect.

If you need to contact us regarding your Premium Processing case you can do so using the information immediately below. The mailing address, e-mail address and phone number listed below is for use in relation to cases filed under the Premium Processing Service program only. You can obtain case status information from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case shown above by calling the phone number listed below.

    Texas Service Center (TSC) Premium Processing:

    I-140 PP Routine Mail: I-140 Premium Processing, USCIS, Texas Service Center
                           P.O. Box 279060, Dallas, TX 75227-9060

    Courier Address: USCIS, Texas Service Center
                     4141 North St. Augustine Road, Dallas, TX 75227

    I-140 PP Fax: 214-962-1415
    I-140 PP Phone: 1-866-315-5718

    Email address: TSC.Premium.140@dhs.gov

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific

Please see the additional information on the back. You will be notified separately about any other cases you filed.



Form I-797C (Rev. 01/31/05) N

# EXHIBIT F

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

# Fingerprint Notification

| | | NOTICE DATE 03/08/2005 |
|---|---|---|
| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A098679069 |
| APPLICATION NUMBER SRC0503551431 | CODE 3 | |
| | SERVICE CENTER TSC | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SAMATA CHAVA
4327 COVE DR
PALM HARBOR, FL 34685

LIFE ACT PROCESSING STAMP
ASC SITE CODE:

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPLICATION WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS RESCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS TAMPA 9280 Bay Plaza Blvd BAY PLAZA 2, SUITE 726 TAMPA, FL 33619 | 04/23/2005 1:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS TAMPA
9280 Bay Plaza Blvd
BAY PLAZA 2, SUITE 726
TAMPA, FL 33619

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
SRC0503551431

APPLICANT COPY

## WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

### THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE 03/08/2005 |
|---|---|---|---|
| CASE TYPE I-485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A# A098679068 |
| APPLICATION NUMBER SRC0503551397 | CODE 3 | SERVICE CENTER TSC | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

SRINIVASA CHAVA
4327 COVE DR
PALM HARBOR, FL 34685

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS TAMPA 9280 Bay Plaza Blvd BAY PLAZA 2, SUITE 726 TAMPA, FL 33619 | 04/23/2005 1:00 PM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE  AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

#### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS TAMPA
9280 Bay Plaza Blvd
BAY PLAZA 2, SUITE 726
TAMPA, FL 33619

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
SRC0503551397

APPLICANT COPY

#### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

# EXHIBIT G

... APPEAR MORE THAN 15 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT TIME.

REQUEST FOR RESCHEDULING



## FINGERPRINT NOTIFICATION
## RESCHEDULE NOTICE

**I485**
Date: 05/05/2005
CHAVA, SAMATA
4327 COVE DR
PALM HARBOR, FL 34683

BIOMETRICS PROCESSING STAMP
SITE CODE:        NMF
BIOMETRICS QA REVIEW BY:

ON

TENPRINTS QA REVIEW BY:
8/25/05  ON  9/14/05

A Number:  A098679069
DOB:   07/10/1969

Dear Applicant:

It has been determined that you must have your fingerprints retaken.  You should appear at the date and time listed below to have your fingerprints retaken.  We apologize for any inconvenience this may cause you.  If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.  **Rescheduling your appointment will delay your application.  If you fail to appear as scheduled below or fail to request rescheduling, your application will be considered abandoned.**

**APPLICATION SUPPORT CENTER**
U.S. CITIZENSHIP & IMMIGRATION SERVICES
US Immigration & Naturalization Service
9280 BAY PLAZA BLVD SUITE 726
TAMPA, FL 33619

**DATE AND TIME OF APPOINTMENT**
09/14/2005  1:00 PM

**WHEN YOU GO TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1) THIS LETTER** and
**2) PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

Please be reminded that you must bring this letter and proper photo identification to have your fingerprints taken, and prevent further delay in the processing of your application.

Please inform the office listed below immediately of any address changes.

If you have any questions regarding this notice, please feel free to call the Citizenship & Immigration Services CUSTOMER SERVICE NUMBER at **1-800-375-5283**

**PLEASE DO NOT APPEAR MORE THAN 15 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT TIME.**

——————————— REQUEST FOR RESCHEDULING ———————————

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon.

The Citizenship & Immigration Services cannot guarantee the day preferred, but will do its best to accomodate you.  Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request in to:

US Immigration & Naturalization Service
9280 BAY PLAZA BLVD SUITE 726
TAMPA, FL 33619

**YOU MUST RETURN THIS ENTIRE NOTICE TO BE RESCHEDULED IN A TIMELY MANNER.**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

# EXHIBIT H

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797 Notice of Action



**THE UNITED STATES OF AMERICA**

## ASC Appointment Notice

| | | |
|---|---|---|
| CASE TYPE | APPLICATION NUMBER SRC0503551489 | NOTICE DATE 2/23/2007 |
| I485, Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A098679070 | CODE 2 |
| | TCR | SERVICE CENTER TSC | PAGE 1 of 1 |

SREEMANGALA CHAVA
4327 COVE DR
PALM HARBOR, FL 34685



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS TAMPA
9280 Bay Plaza Blvd
BAY PLAZA 2, SUITE 726
TAMPA, FL 33619

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
03/23/2007
2:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

---

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS TAMPA, 9280 Bay Plaza Blvd, BAY PLAZA 2, SUITE 726, TAMPA, FL 33619

---

APPLICATION NUMBER 1
I485    - SRC0503551489



If you have any questions regarding this notice, please call 1-800-375-5283.

---

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N

# EXHIBIT I

U.S. Department of Homeland Security



U.S. Citizenship
and Immigration
Services

| U.S. Citizenship and Immigration Services | Texas Service Center |
|---|---|
| www.uscis.gov | Po Box 851488 |
| 1-800-375-5283 | Mesquite, Tx 75185 |

System Soft Technologies Llc System Soft Technologies Llc
25016 N Us Highway 19
Clearwater, Fl 33763

Dear System Soft Technologies Llc System Soft Technologies Llc:

On 04/11/2005 you, or the designated representative shown below, contacted CIS about your case. Some of the key information given to us at that time was the following:

**Person who contacted us:**          SYSTEM SOFT TECHNOLOGIES LLC. SYSTEM SOFT
TECHNOLOGIES LLC
**Caller indicated they are:**          APPLICANT/PETITIONER
**Attorney Name:**
**Case type:**                           I-140 SKILLED WORKER
**Filing date:**                         11/19/2004
**Receipt #**                            SRC0503550805
**Beneficiary** (if you filed for someone else)   Chava, Srinivasa, Rao
**Your CIS Account Number**
**Type of Service Requested**            CASE STATUS

The status of this service request is: Your case is with an officer pending his/her decision. Please allow 7 to 10 days.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Sincerely,

097

**EXHIBIT J**

**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488



**U.S. Citizenship
and Immigration
Services**

Friday, August 31, 2007

SRINIVASA CHAVA
4327 COVE DR
PALM HARBOR FL 34685

Dear Srinivasa Chava:

On 07/18/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 11/22/2004 |
| **Receipt #:** | SRC-05-035-51397 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

SRC-05-035-51397 The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open. Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

xm0348

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 08-31-2007 04:09 PM EDT - SRC-05-035-51397

# EXHIBIT K

My I-140 and I-485 applications for green card processing has been concurrently file in month of November, 2004. and I-140 whose receipt number is SRC0503550805 has been converted to Premium Processing in November,2006. Generally, any premium case will be processed in 15 days. But my I-140 has not been processed even after 6 months of getting converted to Premium processing.

Could you let us know what the status is on my I-140(SRC0503550805)?

Thanks
Chava

# EXHIBIT L

Yahoo! Mail - chava45@yahoo.com



Print - Close Window

**Subject:** RE: status on I-140 (SRC0503550805)

**Date:** Mon, 17 Sep 2007 12:15:06 -0500

**From:** "Processing.140, TSC-Premium" <TSC-Premium.140@dhs.gov>

**To:** "Mr Srinivasa Rao Chava" <chava45@yahoo.com>

This petition has been placed on hold pending security checks.Once the security checks has been completed,the petition will be returned back to us for adjudication.

Lee

**From:** Mr Srinivasa Rao Chava [mailto:chava45@yahoo.com]
**Sent:** Wed 9/12/2007 4:03 PM
**To:** 140, Tsc-Premium PROCESSING
**Cc:** chava45@yahoo.com
**Subject:** status on I-140 (SRC0503550805)

Dear Sir/Madam,
Could you let me know the status on the I-140 whose receipt number is SRC0503550805. It is pending for long time and got converted to Preimium processing.

Thanks
Chava

# EXHIBIT M

State of California        )
                                 )    **SSN: 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**

County of Los Angeles    )

## AFFIDAVIT

I, Srinivasa Rao Chava, after being duly sworn, do hereby state and affirm that:

1. I am a citizen and national of India, aged 43 years, and am competent to testify to the facts herein.

2. I reside at 20821 Amie Avenue, Apt. #114, Torrance, California 90503.

3. My date of birth is March 4, 1965, and I was born in India.

4. My employer, System Soft Technologies, LLC, filed on my behalf a Form I-140 Immigrant Petition for Alien Worker, on November 19, 2004, with the U.S. Citizenship and Immigration Service (USCIS) Texas Service Center, Receipt Number SRC-05-035-50805.

5. On November 19, 2004, I concurrently filed my Form I-485 Application to Adjust to Permanent Resident status, Receipt Number SRC-05-035-51397.

6. My dependants filed Form I-485 Applications for Adjustment of Status as derivative adjustments with me, including my spouse, Samata Chava (Receipt Number SRC-05-035-51431) and my daughter, Sreemangala Chava (SRC-05-035-51489).

7. On November 1, 2006, I submitted a request to premium process this I-140 petition (requiring processing within fifteen (15) calendar days), yet it has remained pending since November 19, 2004.

8. My Form I-140 Application has been pending since November 19, 2004, and I have completed all steps and complied with all U.S. Citizenship and Immigration Service (USCIS) requests regarding my case.

9. I have been informed by multiple U.S government sources that my I-140 Application is being delayed because of an unreasonable agency delay in that the USCIS has not completed security checks on my case.

10. I have made numerous requests regarding the status of my delayed I-140 Application including:
    a. Contacting the USCIS' National Customer Service Center;
    b. Contacting the USCIS Premium Processing Unit at the Texas Service Center;
    c. Contacting USCIS Ombudsman; and

    d. Making an official inquiry with U.S. President George W. Bush.

11. Despite these repeated attempts, and a delay of approximately three and a half (3.5) years, my I-140 Application has not been adjudicated, due to this USCIS security check delay.

12. The USCIS' unreasonable delay in completing my security checks is preventing me from having my I-140 Application adjudicated, becoming a lawful permanent resident and, eventually, a U.S. citizen.

I AFFIRM under penalty of perjury and upon personal knowledge that the above statements and facts are true and accurate to the best of my knowledge, information and belief.

Signature: _____
Srinivasa Rao Chava

Date: _____05/07/2008_____

STATE OF _CALIFORNIA_, CITY/COUNTY OF _Los Angeles_, TO WIT:

I HEREBY CERTIFY THAT on this 7 day of _MAY_, 2008, before me, a Notary Public of the aforesaid State and City/County, personally appeared Srinivasa R. Chava, ~~known to me~~ (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, who acknowledged that s/he has executed it for the purposes therein set forth.

_____
NOTARY PUBLIC

PATRICIA VALLE
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1513853
LOS ANGELES COUNTY
My Comm. Exp. September 17, 2008

# EXHIBIT N

OMB No. 1615-0103; Exp. 11/30/07

**Department of Homeland Security**
Citizenship and Immigration Services Ombudsman

**Case Problem Submission Worksheet**
**(CIS Ombudsman Form DHS-7001)**

**NOTE:** Please read the attached instructions before submitting this worksheet. In completing this worksheet, the **"subject"** refers to the person whom the inquiry is about. In submitting your inquiry, please provide as much information as possible. Places requiring your signature are indicated with the symbol.

| | | | |
|---|---|---|---|
| **1. Name of subject.** The person this case problem is about who is seeking the immigration benefit. | First Name: Srinivasa | Middle Name: Rao | Last Name: Chava |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2. Contact information.** The contact information of the person the case problem is about. If you are submitting this form for someone else, complete number 14. | Street Address: 4327 Cove Dr | | Apartment/Suite: | City: Palm Harbor | | State/Province: FL |
| | County: | Zip Code: 34685 | E-Mail Address: chava45@yahoo.c | Phone Number: (with Area Code) (601) 473-9217 | | Fax Number: (with Area Code) (727) 723-8601 |

| | |
|---|---|
| **3. Subject's date of birth.** Please indicate in the following format: (mm/dd/yyyy). | Date of Birth: (mm/dd/yyyy) 03/04/1965 |

| | | |
|---|---|---|
| **4. Subject's country of birth and citizenship.** | Country of Birth: India | Country of Citizenship: India |

| | |
|---|---|
| **5. Alien or "A" number.** The "A" number appears in the following format: A123-456-789. **NOTE:** Not every person is assigned an "A" number by USCIS. If you do not have an "A" number, leave this section blank. | A Number: **A** 098679068 *Tip:* Your "A" number can be found on many USCIS documents including your work permit. |

| | |
|---|---|
| **6. Type of case problem.** Check all that apply. | I am an: **a.** ☒ Individual; **b.** ☐ Employer; |

| | |
|---|---|
| **7. Person preparing this form:** Please indicate who is filing this case problem. | I am: **a.** ☒ The person this case problem is about who is seeking the immigration benefit; **b.** ☐ An organization on behalf of an individual; **c.** ☐ An attorney/representative; **d.** ☐ Other (Explain fully); |

| | | | |
|---|---|---|---|
| **8. Applications/Petitions filed:** List all applications or petitions pending with USCIS that pertain to your case problem. | Date Application/Petition was received by USCIS: 11/19/2004 | USCIS Form Number: I-485 | USCIS Name of Form: Application Adjustment of statu |
| | Date Application/Petition was received by USCIS: 11/19/2004 | USCIS Form Number: I-140 | USCIS Name of Form: Immigration Petition for Alien \ |
| | Date Application/Petition was received by USCIS: | USCIS Form Number: | USCIS Name of Form: |
| | *Tip:* List all forms that are the subject of this case problem. E.g.: If you are filing for a Green Card and are experiencing a problem with your work permit application that was submitted with your Green Card application, list both Forms I-485 (Application Adjustment of Status) and I-765 (Application for Employment Authorization Document) above. | | |

| | |
|---|---|
| **9. Receipt Number.** Please do not include dashes between the characters. | Receipt Number: SRC0503551397 *Tip:* Your receipt number is located in the top left hand corner of your Notice of Action (USCIS Form I-797). |

| | |
|---|---|
| **10. Immigration status or interim benefit applied or petitioned for:**<br>The subject of the case problem is applying for immigration status: | **a.** ☐ As a Nonimmigrant (e.g. extension of a stay for a visitor for pleasure-business, change of status to student, fiance/e, temporary worker, Temporary Protected Status (TPS) etc.)    Category: (e.g.: H-1B1, J2, F1, L1A) |
| | **b.** ☒ As an Immigrant (often called "Green Card" application) based on:<br>**i.** ☐ A marital relationship of less than two years;<br>**ii.** ☐ A marital relationship of more than two years;<br>**iii.** ☐ A family relationship and is the parent, child, brother/sister, etc. of the sponsor;<br>**iv.** ☐ An employment relationship and is the (future) employee or the spouse of child of the principle (future) employee;<br>**v.** ☐ Refugee/Asylum;<br>**vi.** ☐ Other; |
| | **c.** ☐ For Citizenship or Naturalization; |
| | **d.** ☐ For Refugee/Asylum; |
| | **e.** ☐ For Interim Benefits (Work Permit/Travel Document, etc.)    Type: **i.** ☐ Employment Authorization Document (e.g.: Work Permit)    Work Permit Category:<br>**ii.** ☐ Advance Parole Document (Travel Document); |
| | **f.** ☐ Other (Application for Waiver, Replacement Document, etc.)    Type: ☐ Waiver (I-601/I-212): _____<br>☐ Replacement of a Document<br>☐ Citizenship Certificate<br>☐ Naturalization Certificate<br>☐ Permanent Resident Card<br>☐ Other:<br>☐ Other: |
| **11. Source of case problem:**<br>Check all that apply. Provide a description in **Number 12** below, Description of Your case problem. | **a.** ☐ I am facing or am about to face an immediate adverse action or impact, an emergency or any other type of significant hardship, caused by an action/inaction/delay in processing by USCIS, or a problem that could not be resolved through the normal processes provided for by the USCIS; |
| | **b.** ☒ I am experiencing processing delays with a case that are beyond anticipated processing times; |
| | **c.** ☐ I am incurring or am about to incur significant and unusual costs (including fees for professional representation that are not normally incurred); |
| | **d.** ☐ I have brought this case problem to the attention of USCIS and have not received a response or resolution within the anticipated time frames; |
| | **e.** ☐ Other (specify): |
| **12. Description of your case problem:**<br>Describe the case problem you are experiencing with USCIS. Attach additional pages if needed. | Both I-140 and I-485 have been concurrently filed and USICS has received it on 11/19/2004. Later the I-140 has been converted to Premium processing. But still no action has been taken either on I-140 or I-485 . I called several times USCIS about the status on these applications. Every time , they replied the same that the cases are on hold of security clearance. I have no idea when USCIS sent to clearance and how long it is pending . Moreover, I am not able to understand how I-140 will be kept pending for I-485 security clearance. Both I-140 and I-485 are in pending for 3 years and no clue when it will be cleared. |

| 13. Prior actions taken to remedy the problem: Check all that apply: | a. ☒ Contacted my attorney/representative who is representing me regarding this issue for assistance (if represented); |
| | b. ☒ Visited USCIS Case Status Service Online at **http://www.uscis.gov.** |
| | c. ☒ Contacted the National Customer Service Center (NCSC) for information and/or assistance regarding this case at their toll-free telephone number **1-800-375-5283**. |
| | d. ☒ Contacted the following government department/agency for assistance: Sent letters to FBI enquiring about the security clearance |
| | e. ☐ Contacted the following congressional representative for assistance: |

| 14. Designated Attorney/ Representative: Please complete this section if you are an attorney, organization or designated representative who is submitting this case problem. If you are the beneficiary of a pending petition and have obtained consent from the petitioner (see **Number 15**), check box 3, sign and date. | First Name: | | Middle Name: | | Last Name: | |
| | Street Address: | | Apartment/Suite: | City: | | State/Province: |
| | County: | Zip Code: | E-Mail Address: | Phone Number: (with Area Code) | Fax Number: (with Area Code) | |
| | 1. ☐ I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. | | | | | |
| | State of Admission:     Name of Court: | | | | | |
| | 2. ☐ I am an accredited representative of the following named religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1. | | | | | |
| | 3. ☐ I am the beneficiary of a pending petition and the petitioner is consenting to the release of information about a pending case to me. | | | | | |
| | 4. ☐ Other (Explain fully): | | | | | |
| | 5. ☐ I have submitted a USCIS Form G-28 as the attorney/representative for the application/ petition for which case problem is being submitted. | | | | | |
| | Signature of Attorney/Representative:     Date (mm/dd/yyyy): | | | | | |

| 15. Consent: If you are the beneficiary of a pending petition, and you are not a lawful permanent resident or U.S. citizen, the petitioner must sign here to give consent to the release of his or her information. | Pursuant to 5 U.S.C. Section 552(b), I authorize U.S. Citizenship and Immigration Services and CIS Ombudsman to release any and all information relating to me to: [Print or Type Name]. I declare under the penalty of perjury that the foregoing is true and correct. |
| | Signature of Subject: |
| | Print Subject's Name:     Date (mm/dd/yyyy): |

| 16. Verification: This item should be signed and completed by the subject of the inquiry. | I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that I am the subject of the inquiry and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under the false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. Further, pursuant to 5 U.S.C. Section 522a(b), I authorize U.S. Citizenship and Immigration Services and CIS Ombudsman to  release any and all information relating to me to : [Print or Type Name]. |
| | Signature of Subject: |
| | Print Subject's Name:     Date (mm/dd/yyyy): |
| | Srinivasa Rao Chava     11/14/2007 |

| **17. Declaration:**<br>If you are an attorney or representative, you should sign your name. Otherwise, the subject should sign his or her name. | I delcare that I have prepared this document at the request of the person named in **Number 14** and that the responses are based on all information of which I have knowledge. | |
|---|---|---|
| | Signature of Representative: | Print Subject's or Attorney/Representative's Name: |
| | Title (if applicable): | Date (mm/dd/yyyy): |

| **18. Submission:**<br>Case problems may be sent via regular mail or courier service to the following addresses: | Send your completed information to:<br><br>**Via Regular Mail:**<br>Citizenship and Immigration Services Ombudsman<br>Department of Homeland Security<br>Mail Stop 1225<br>Washington, D.C. 20528-1225<br><br>**Via Courier Mail:**<br>U.S. Citizenship and Immigration Services Ombudsman<br>Department of Homeland Security<br>245 Murray Lane<br>Washington, D.C. 20528-1225 |
|---|---|

# EXHIBIT O

*Office of the*
*Citizenship and Immigration Services Ombudsman*

**U.S. Department of Homeland Security**
Mail Stop 1225
Washington, D.C. 20528-1225



# Homeland
# Security

December 3, 2007

Mr./Ms. Srinivasa Rao Chava
4327 Cove Dr
Palm Harbor, FL 34685-2362

Dear Mr./Ms. Chava:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services
Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and
Immigration Services (USCIS). USCIS should issue a response to you within forty-five
(45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with
USCIS, it is an independent entity within the Department of Homeland Security (DHS).
The office of the CIS Ombudsman is charged with assisting individuals who experience
difficulties with the USCIS benefits process. Additionally, the office of the CIS
Ombudsman is dedicated to identifying systemic problems in the immigration benefits
process, and to recommending solutions to USCIS. Therefore, the concerns you raised in
your letter will be considered as our office develops recommendations to improve
USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us
the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bk

# EXHIBIT P

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Domestic Operations Directorate
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Mr. Srinivasa Rao Chava
4327 Cove Drive
Palm Harbor, FL  34685

JAN 1 4 2008

Dear Mr. Chava:

Thank you for your Case Problem Submission Worksheet dated November 14, 2007, to the U.S. Citizenship and Immigration Services (USCIS), Ombudsman Office concerning your immigration status. The Ombudsman's Office forwarded Case Problem Submission Worksheet to the Customer Assistance Office (CAO) for a response. We have assigned case # 739751.

We regret the length of time it has taken to process your Form I-485, Application to Register Permanent Residence or Adjust Status. A research of our records reflects that the processing of your case has been delayed because USCIS is still performing the required review. Until this review is completed, we cannot move forward on your case.

Please understand that this required review by USCIS is part of the process in adjudicating cases of similar nature. While an exact date for completion of the review cannot be given at this time, we will make every effort to make a decision on this case as soon as the review is completed.

We appreciate your continued patience. If you need additional assistance or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust that this information is helpful.

Sincerely,

Jeffrey Murray, Acting Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

# EXHIBIT Q

Srinivsa Rao Chava
4327 Cove Drive
Palm Harbor, FL 34685


President George Bush
The White House 1600 Pennsylvania Ave., NW
Washington, District of Columbia 20500


Honorable President:

## Sub: Requesting your kind assistance with Security Clearance/background check for I-140 & my I-485 (Adjustment of Status) processing that has been pending since November 19, 2004.

I , Srinivasa Rao Chava, would like to bring the following a few lines to your kind and sympathetic consideration.

   I am born/brought up/educated in INDIA. I am graduated from Jackson State University in M.S (Computer Science), U.S.A with 3.81 GPA and have been working as Sr. Software Engineer for System Soft Technologies, Clearwater, Florida. It has been more than six years now and I am still waiting for green card/permanent residence. So my wife and I are seeking your assistance in this matter.
   I am writing to seek your kind assistance in expediting the processing of my I-140 & my I-485 (Adjustment of status) application that is currently pending at USCIS Texas Service Center as part of an employment-based (EB3) immigration application.
   To give you a brief history, I came to the US in year 1997 and studied **M.S Computer science** and later started working on H1B1 visa. My employer sponsored an employment-based (EB3) permanent resident petition for me on Jan'8 2003. Below is the case history.

### LABOR CERTIFICATION: (Filed 2003, Approved in 2004)

   On Jan'08, 2003, my employer submitted employment based **(EB3)** Labor Certification as the 1st step towards my US permanent residence and got approved in the year 2004

### I140 & I485: (Filed I140 & I485 concurrently in 2004)

After the LC approval, in 2004, my employer filed I140 petition and I have filed adjustment of status (I485) at the same time. I.e. Both I140 &I485 have been concurrently filed on 11/19/2004. After that , I-140 has been converted to premium processing in Nov' 2006 as USICS did not make any decision on I140 even after 2 years of filing. In general, any premium processing cases are supposed to be processed in 15days.But No decision has been made on my I140 and I485 so far. I contacted USCIS several times and every time, they say that it is waiting for **Security clearance or Background investigation remain open** etc.

It has been a painful long wait and we have been going through a lot of stress as all of my career improvement plans are at halt and my wife, samata chava, a qualified teacher (B.S in education) can not pursue her career goals either, unless we have permanent residency status. Not only that, We are not able to make long term decision on our kids education and buying home etc, even after 10 years of residence in U.S.A

**RESPONSE FROM USCIS WITH RESPECT TO MY INQUIRIES :**

During this painful wait, my employer and I had put inquiries with USCIS once in 2005, 2006 and several times in 2007.

In November 2005, my employer, System Soft Technologies was informed by USCIS that my I140 case is pending with an officer. As No decision was made even after one year of that letter, I140 has been converted to Premium processing on 06/11/2006 by paying additional $1000 fee, expecting that it would be processed in 15 days. After that I have sent several email to USICS premium processing center, enquiring the status. Every time the response is that it is pending, because of background checks/Security checks. I have called USCIS again in July 2007 and asked about the status on my I140 and I485. They replied with the same message that it is pending for security clearance /Background checks. Response letters from USCIS, mentioning this is enclosed with this letter.

**OUR REQUEST TO YOU:**

Please be informed that it has already been more than 6 years for us waiting for getting the permanent residence status. This delay in overall processing has already caused us considerable hardships. My wife is unable to pursue her career options since most of the employers prefer the permanent residence for employment. I have never had a brush with the law in my entire life including the stay in the US since 1997. I have paid taxes every year and have never violated any immigration laws. We love USA and have always been good citizens. I have been topper in my M.S (Computer Science, Jackson State University. This

delay absolutely hurts us and is becoming a dampening factor day by day.

When you took office, you directed the USCIS to reduce the processing time for all immigration applications to six months. http://www.uscis.gov/files/article/BEPQ2FY06.pdf . While they appear to have largely met this objective, but cases like mine have been pending for long time now.

Hence, It is our humble request to you that a request be made to FBI to expedite our name check /security clearance for which our immigration process is complete station and cases cannot be adjudicated until the name check is done.

Again, from the bottom of our hearts, my wife and I thank you so much in advance for every help & assistance that you can provide to expedite the processing of our I140 & I-485 applications. We appreciate all your effort and time on this matter.

Please contact me at (601) 473-9217 or via email at chava45@yahoo.com, if further information is required.

"I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct."


Sincerely,



Srinivasa Rao Chava & Samata Chava
**Permanent Address:**
**4327 Cove Dr**
**PALM HARBOR, FL 34685**
**Phone# (601) 473-9217**
**Email address: chava45@yahoo.com**
**----------------------------------------**
**Present Mailing Address:**
**Srinivasa Rao Chava**
**20821 Amie Ave, Apt 114**
**Torrance, CA 90503**
*******************************************************

**Copies of Documents enclosed:**
1. Fingerprint Notices.
2. FBI response letter.
3. Response to the email dated September 17,2007 from USICS premium processing center about I140 stats
4. Response to the email dated May 17,2007 from USICS premium processing center about I140 stats

5. Response letter date 07/18/2007 from USICS about I485 status
6. Response letter dated04/11/2005 from USICS about I140 status
7. Receipt Notice of my I-485
8. Receipt Notice of my wife's I485
9. Receipt Notice of my daughter's I-485
10. Receipt notice of I-140
11. Academic credentials and Certifications

**I140 Case information:**

Petitioner:  SYSTEM SOFT TECHNOLOGIES, 2600 McCormick Drive,
                                    Suite 230, CLEARWATER, FLORIDA
Beneficiary:  Srinivasa Rao Chava
Receipt notice: SRC-05-035-50805

**My I-485 information:**

| Receipt notice# | Beneficiary or applicant |
|---|---|
| SRC0503551397 | I485 For principal i.e. Srinivasa Rao Chava |
| SRC0503551431 | I485  Samata Chava (Spouse) |
| SRC0503551489 | I485 Sreemangala Chava (Daughter) |

# EXHIBIT R

We are sending your inquiry to the Department of Justice. This agency has the expertise to address your concerns. They will respond directly to you, as promptly as possible.

The President sends his best wishes.

Sincerely,

Darren K. Hipp
Special Assistant to the President
and Director of Presidential Correspondence

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| SYSTEM SOFT TECHNOLOGIES, LLC | MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; and MICHAEL B. MUKASEY, U.S. Attorney General; and JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services; and DAVID L. ROARK, Director of the USCIS Texas Service Center |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Murthy Law Firm<br>Aron A. Finkelstein, Esquire<br>10451 Mill Run Circle, Suite 100<br>Owings Mills, MD 21117 | |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ● C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☒ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. *General Civil (Other)* | OR | ○ F. *Pro Se General Civil* |
|---|---|---|

| Real Property<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | Bankruptcy<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | Forfeiture/Penalty<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br><br>☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Mandamus Action under 28 U.S.C. Sec. 1361 challenging unreasonable DHS and USCIS delay in processing background check and I-140 application

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ [_____]  Check YES only if demanded in complaint   JURY DEMAND:   YES ☐  NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

DATE  6/1/08.   SIGNATURE OF ATTORNEY OF RECORD   _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.