AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SYSTEM SOFT TECHNOLOGIES, LLC
2600 McCormick Drive, Suite 230
Clearwater, FL  33759

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF, Secretary of the Department of
Homeland Security; and MICHAEL B. MUKASEY, U.S.
Attorney General; and JONATHAN SCHARFEN, Acting
Director of the U.S. Citizenship and Immigration Services; and
DAVID L. ROARK, Director of the USCIS Texas Service Center

CASE N

Case: 1:08-cv-01013
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 1 3 2008
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>June 17, 2008 |
| NAME OF SERVER *(PRINT)*<br>Brian S. Green | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify):   Federal Express Delivery

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/17/2008
              Date               *Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mill, MD 21117
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# FedEx

Español | Customer Support | FedEx Locations    Search    Go

Package/Envelope    Freight    Expedited    Office/Print Services

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

## Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 952639417715 | **Reference** | 08-0753MM/dm | **Wrong Address?** Reduce future mist |
| **Signed for by** | M.PARRIS | **Department number** | SPECIAL PROJECTS | FedEx Address Ch |
| **Ship date** | Jun 16, 2008 | **Destination** | WASHINGTON, DC | |
| **Delivery date** | Jun 17, 2008 9:27 AM | **Delivered to** | Shipping/Receiving | **Tracking a FedEx** |
| | | **Service type** | Priority Envelope | **Shipment?** |
| | | **Weight** | 0.5 lbs. | Go to shipper login |

**Status**    Delivered

**Signature image available**    Yes

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 17, 2008 | 9:27 AM | Delivered | WASHINGTON, DC | |
| | 8:28 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:14 AM | At local FedEx facility | WASHINGTON, DC | |
| | 2:32 AM | At dest sort facility | DULLES, VA | |
| Jun 16, 2008 | 9:30 PM | Left FedEx origin facility | LINTHICUM HEIGHTS, MD | |
| | 6:46 PM | Picked up | LINTHICUM HEIGHTS, MD | |
| | 1:53 PM | Package data transmitted to FedEx | | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

**Your name:**    **Your e-mail address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.