AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SYSTEM SOFT TECHNOLOGIES, LLC
2600 McCormick Drive, Suite 230
Clearwater, FL  33759

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF, Secretary of the Department of
Homeland Security; and MICHAEL B. MUKASEY, U.S.
Attorney General; and JONATHAN SCHARFEN, Acting
Director of the U.S. Citizenship and Immigration Services; and
DAVID L. ROARK, Director of the USCIS Texas Service Center

CASE

Case: 1:08-cv-01013
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

DAVID L. ROARK, Director
Texas Service Center
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
4141 St. Augustine Road
Dallas, TX  75227

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JUN 1 3 2008

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 17, 2008 |
| NAME OF SERVER (PRINT) Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Federal Express Delivery

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/17/2008
              *Date*      *Signature of Server*

    Murthy Law Firm
    10451 Mill Run Circle, Suite 100
    Owings Mill, MD 21117
    *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Belinda Axt

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, June 17, 2008 9:54 AM
**To:** Belinda Axt
**Subject:** FedEx Shipment 952639417737 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | LAW OFFICES OF SHEELA MURTHY |
| Name: | DEBBIE MEEKINS |
| E-mail: | DEBBIE@MURTHY.COM |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 08-0753MM/dm |
| Ship (P/U) date: | Jun 16, 2008 |
| Delivery date: | Jun 17, 2008 8:47 AM |
| Sign for by: | D.GARRETT |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Residential Delivery |
| | Deliver Weekday |
| Tracking number: | 952639417737 |

Shipper Information
DEBBIE MEEKINS
LAW OFFICES OF SHEELA MURTHY
10451 MILL RUN CIRCLE;SUITE 100
OWINGS MILLS
MD
US
21117

Recipient Information
DAVID L. ROARK, DIRECTOR
TEXAS SERVICE CENTER
US DHS, USCIS;4141 St. Augustine Road
DALLAS
TX
US
75227

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:54 AM CDT on 06/17/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

6/17/2008