CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SYSTEM SOFT TECHNOLOGIES )
)
)
       Plaintiff )
)
v. ) Civil Case Number 08-1013(ESH)
)
)
MICHAEL CHERTOFF, ET AL. ) Category   C
)
)
       Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 18, 2008 from Judge Emmet G. Sullivan to Judge Ellen Segal Huvelle by direction of the Calendar Committee.

(Case Randomly Reassigned; Case Not Related to CA 08-839)

                                    JUDGE ELLEN S. HUVELLE
                                    Chair, Calendar and Case
                                    Management Committee

cc:    Judge Huvelle & Courtroom Deputy
        Judge Sullivan & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk