UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SYSTEM SOFT TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-1013 (EGS) |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, *et al.* | ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties respectfully move, by and through their undersigned counsel, for an enlargement of time for Defendants to respond to the Complaint filed in the above entitled action. Specifically, the parties request that the Court extend Defendants' deadline for responding to the Complaint until October 31, 2008. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiff seeking to compel Defendants, specifically U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-140 immigration petition. Through the petition, Plaintiff seeks an immigrant visa for an employee, Mr. Srinivasa Rao Chava. The U.S. Attorney's Office received the Complaint on June 17, 2008.

Promptly after being assigned the case, undersigned counsel contacted Agency counsel to obtain information and assistance. Although Agency counsel and defense counsel have conferred regarding how best to respond to the Complaint (*e.g.*, by answer, motion to dismiss, or motion to transfer), due to matters and deadlines in other pending cases and a recent vacation by

Agency counsel, Defendants have been unable to formulate an appropriate response.

Additionally, due to congressionally imposed limitations on the number of visas available for different types of immigration, the beneficiary of Plaintiff's petition (Mr. Chava) will be unable to obtain a visa until after the new fiscal year begins (*i.e.*, October 1, 2008), as the numerical limit for visas in relevant preference category have been reached for the current fiscal year.  Accordingly, the parties believe it prudent to extend Defendants' time to respond to the Complaint in this action until after such time when visas once again become available for the relevant priority category, which might allow the parties to resolve this matter without further litigation.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents the parties' first request for an extension of this deadline and, in total, their first request for an extension in this action.  No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension.  The requested extension will allow Defendants a reasonable amount of additional time to formulate an appropriate response -- and perhaps allow the parties additional time to informally resolve this dispute without the need for further litigation -- thereby serving the interests of the parties and the Court.

*   *   *

WHEREFORE, based on the foregoing, the parties respectfully request that the time for responding to the Complaint be extended to, and including, October 31, 2008. A proposed order is attached.

Dated: August 12, 2008
 Washington, DC

Respectfully submitted,

| /s/ | |
|---|---|
| ARON A. FINKELSTEIN, D.C. BAR #25560 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| Murthy Law Firm | United States Attorney |
| 10451 Mill Run Circle, Suite 100 | |
| Owings Mills, MD 21117 | |
| (410) 356-5440 | |
| | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| *Attorney for Plaintiff* | Assistant United States Attorney |

                                            /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SYSTEM SOFT TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08-1013 (EGS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' first joint motion for an enlargement of time for Defendants to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, October 31, 2008, to respond to the Complaint in this action.

_____                                          _____
Date                                                                            EMMET G. SULLIVAN
                                                                                        United States District Judge


Copies to Counsel of Record by CM/ECF.