UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SYSTEM SOFT TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-1013 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants with prejudice, with each party to bear its own costs and fees.

Dated: August 27, 2008
       Washington, DC

Respectfully submitted,

 /s/
ARON A. FINKELSTEIN, D.C. BAR #25560
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

*Attorney for Plaintiff*

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

 /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*